DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

GALENCARE, INC., d/b/a BRANDON REGIONAL HOSPITAL,

Petitioner,

v.

STEVEN CARL SCHMIDT; AUDREY SCHMIDT, his wife; ANNABELLE
LAURIE SCHMIDT, a minor, by and through her natural parent and
guardian, STEVEN CARL SCHMIDT; and KATIE LAMAE SCHMIDT, a
minor, by and through her natural parent and guardian, STEVEN CARL
SCHMIDT; and SAVANNAH TAYLOR SCHMIDT,

Respondents.

No. 2D23-297

_____

September 15, 2023

Petition for Writ of Certiorari to the Circuit Court for Hillsborough
County; Emily Peacock, Judge.

Jason M. Azzarone, Louis J. La Cava, and Mark R. Messerschmidt of La
Cava, Jacobson & Goodis, P.A., Tampa, for Petitioner.

Bryan S. Gowdy, Nicholas P. McNamara of Creed & Gowdy, P.A.,
Jacksonville; and Bryan Scott Hofeld of Schlesinger Law Offices, P.A.,
Fort Lauderdale, for Respondents.


PER CURIAM.

    Dismissed.  *See Univ. of Fla. Bd. of Trs. v. Carmody*, 48 Fla. L.
Weekly S150, S152-54 (Fla. July 6, 2023).

SILBERMAN, LaROSE, AND LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.